**Electronically Filed
Supreme Court
SCWC-22-0000405
12-MAR-2026
03:22 PM
Dkt. 11 ODAC**

SCWC-22-0000405

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

KAIIMI SKIP HIAPO,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000405; CASE NO. 2CPC-21-0000111)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on January 20, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 12, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Jeannette H. Castagnetti

